**93–101.** Usternal v. Gem Boat Serv., Inc. *Ottawa County*, No. 91–OT–051. On motion to dismiss. Motion denied.

RESNICK, J., not participating.

**93–102.** State v. Hammock. *Cuyahoga County*, No. 61068. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**93–272.** State ex rel. Bell Atlantic Business Sys. Serv., Inc. v. Cleveland Bd. of Edn. In Mandamus. On motion to expedite. *Sua sponte*, alternative writ granted.

A.W. SWEENEY and WRIGHT, JJ., would also grant the motion to expedite.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would grant the motion to expedite.

## JURISDICTIONAL MOTIONS ALLOWED

**92–2302.** Hamilton v. Ohio Savings Bank. *Cuyahoga County*, No. 61908.

A.W. SWEENEY and RESNICK, JJ., dissent.

**92–2370.** Broz v. Winland. *Lake County*, No. 91–L–173. On motion to certify the record and on motion for leave to file *amicus* of Dominick, Admr. Motions granted.

MOYER, C.J., and WRIGHT, J., dissent.

**92–2444.** Stinson v. England. *Montgomery County*, No. 13073.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**92–2448.** Springdale v. CSX Ry. Corp. *Hamilton County*, No. C–910757.

MOYER, C.J., dissents.

**92–2549.** Cosgrove v. Williamsburg of Cincinnati Mgt. Co. *Hamilton County*, No. C–910545.

WRIGHT, J., dissents.

## JURISDICTIONAL MOTIONS OVERRULED

**92–1791.** State v. Chism. *Mahoning County*, No. 89 C.A. 195.

**92–2106.** State v. Lee. *Washington County*, No. 92–CA–19.

**92–2113.** State v. Thomas. *Licking County*, No. CA–3418.

**92–2145.** State v. Kight. *Jackson County*, No. 682.

**92–2185.** Reiner Realty & Consultants, O.N.C. v. L & H Theatre Corp. *Franklin County*, No. 92AP–271.

**92–2247.** Crenshaw v. Ohio Unemp. Comp. Bd. of Review. *Lucas County*, No. L–92–330.

**92–2263.** State ex rel. Simpson v. Tracey. *Hamilton County*, No. C–910887.

**92–2293.** State v. Rickard. *Mercer County*, No. 10–91–5.

WRIGHT and PFEIFER, JJ., dissent.

**92–2294.** Delaney v. Linda's Delicatessen. *Cuyahoga County*, No. 64176.

**92–2336.** Motok v. Motorists Mut. Ins. Co. *Trumbull County*, No. 91–T–4583. On motion and cross-motion to certify the record. Motions denied.

MOYER, C.J., and WRIGHT, J., dissent.

**92–2342.** State ex rel. Bogard v. Dayton City School Dist. Bd. of Edn. *Montgomery County*, No. 13310. On motion and cross-motion to certify the record, and on motion for leave to file additional authorities. Motions denied.

MOYER, C.J., and WRIGHT, J., dissent.

**92–2348.** Massey v. Ohio Motor Vehicle Dealers Bd. *Crawford County*, No. 3–92–14.